IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LIN WANG and JUN HUANG, | No. 4:24-CV-01619 |
| Plaintiffs, | (Chief Judge Brann) |
| v. | |
| ALLSTATE INDEMNITY COMPANY, | |
| Defendant. | |

### ORDER

**DECEMBER 17, 2024**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Allstate's motion to dismiss (Doc. 7) is **DENIED**; and

2. Allstate shall file an answer in accordance with the Federal Rules of Civil Procedure.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge